```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

John M. Griffin

    v.                                                                        Case No. 1:24-cv-239-SE-AJ

US Bankruptcy Court - KY, Judge et. al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 20, 2024 (doc. no. 5). For the reasons explained therein, plaintiff's Motion for Injunction (doc. no. 3) is denied.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                                _____
                                                Samantha D. Elliott
                                                United States District Judge

Date: September 13, 2024

cc:   John M. Griffin, pro se